IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| VIZIO, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:14-CV-00233 (HCM) |
| STRAIGHT PATH IP GROUP, INC, | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff VIZIO, Inc. hereby dismisses Straight Path IP Group, Inc. and this proceeding *without prejudice*. Dismissal is appropriate because Straight Path IP Group, Inc. has not been served, has not filed an answer, and has not filed a motion for summary judgment.

Date: August 4, 2014                                Respectfully submitted,

/s/ Brian L. Whisler
Brian L. Whisler (VA Bar No. 30435)
Matthew S. Dushek (VA Bar No. 79587)
**Baker & McKenzie LLP**
815 Connecticut Ave., N.W.
Washington, DC 20006
Tel: (202) 452-7019
Fax: (202) 416-7014
Email: brian.whisler@bakermckenzie.com
Email: matt.dushek@bakermckenzie.com

Attorneys for Plaintiff VIZIO, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to all counsel of record.

/s/ Brian L. Whisler
Brian L. Whisler (VA Bar No. 30435)
**Baker & McKenzie LLP**
815 Connecticut Ave., N.W.
Washington, DC 20006
Tel: 202 452 7019
Fax: 202 416 7014
Email: brian.whisler@bakermckenzie.com